THE HONORABLE JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD L. AHEARN, Regional Director of the Nineteenth Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD<br><br>Petitioner<br><br>v.<br><br>INTERNATIONAL LONGSHORE and WAREHOUSE UNION, LOCAL 21<br>Respondent<br><br>and<br><br>INTERNATIONAL LONGSHORE and WAREHOUSE UNION, LOCAL 4<br>Respondent | Civil No. 3:11-CV-05684-RBL<br><br>(~~PROPOSED~~) AMENDED ORDER ADJUDICATING RESPONDENTS IN CIVIL CONTEMPT |

ANNE P. POMERANTZ, Regional Attorney, Region 19
DANIEL SANDERS, Attorney, Region 19
JOHN FAWLEY, Attorney, Region 19
HELENA FIORIANTI, Attorney, Sub-Region 36

NATIONAL LABOR RELATIONS BOARD, Region 19
915 Second Avenue, Room 2948
Seattle, Washington  98174, Telephone:  (206) 220-6301

(PROPOSED) AMENDED ORDER - Page 1
ADJUDICATING RESPONDENTS
IN CIVIL CONTEMPT
Civil No. 3:11-CV-05684

2948 Jackson Federal Building
915 Second Avenue
Seattle, Washington
(206) 220-6301

## (PROPOSED) AMENDED ORDER ADJUDICATING RESPONDENTS IN CIVIL CONTEMPT

Based on the verified Petition of Richard L. Ahearn ("Petitioner"), Regional Director of Region 19 of the National Labor Relations Board (the "Board"), for a temporary restraining order and preliminary injunction this Court issued a Temporary Restraining Order ("TRO") on September 1, 2011, pursuant to Sections 10(j) and (l) of the National Labor Relations Act (the "Act"), as amended, 29 U.S.C. §§ 160(j) and (l), and a Preliminary Injunction pursuant to § 10(j) of the Act on September 8, 2011. After hearing testimony and argument on September 15, 2011, regarding allegations of civil contempt of the TRO, the Court found Respondent International Longshore and Warehouse Union, Local 21 ("Local 21"), Respondent International Longshore and Warehouse Union, Local 4 ("Local 4"), and their International, the International Longshore and Warehouse Union (collectively, "Respondents"), in civil contempt the TRO. An Order issued that same date setting forth that the remedy and other consequences of the finding of contempt would be addressed by the Court at hearing September 30, 2011.

Now, therefore, upon the entire record, the lack of assurances provided by Respondents that they will heed this Court's directives, the severity of the conduct in contempt of this Court's Order and the extensive damages caused by that contumacious conduct, as well as the subsequent filing on September 26, 2011 seeking a finding of Respondents' contempt of the preliminary injunction,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, having been found to be in civil contempt of this Court's September 1, 2011 TRO, Respondents, their officers, members, agents, representatives, servants, employees, and attorneys, and all persons

(PROPOSED) AMENDED ORDER - Page 2
ADJUDICATING RESPONDENTS
IN CIVIL CONTEMPT
Civil No. 3:11-CV-05684

2948 Jackson Federal Building
915 Second Avenue
Seattle, Washington
(206) 220-6301

acting in concert or participation with them, shall purge themselves of contempt and shall:

    (1) fully comply with all the terms of this Court's September 1, 2011 TRO, this Court's September 8, 2011 Preliminary Injunction, and any subsequent or further injunction entered in this case, as well as this Amended Order Adjudicating Respondents in Civil Contempt;

    (2) within twenty-four (24) hours of the issuance of this Order, sign a Notice approved by this Court which shall: state that Respondents were found in contempt of the September 1, 2011 TRO, denounce and disavow the unlawful conduct; explain the terms of the TRO, subsequent preliminary injunction, and this Amended Order; and direct all of Respondents' officers, members, agents, representatives, servants, employees, and attorneys, and all persons acting in concert or participation with them to refrain from similar conduct; and

    (3) provide each of their officers, representatives, employees, agents and members and picketers/protestors, and any other persons acting in concert or participation with them, including any sister locals, participating at any picketing or at any demonstrations pertaining to Respondents' dispute with EGT, whether at or near the roads or gates leading into the EGT facility at the Port of Longview, at or near the facility, or at any other location wherever located, as well as any person doing business with EGT, with a copy of the Court-approved Notice and of any and all orders of this Court in these proceedings;

(PROPOSED) AMENDED ORDER - Page 3
ADJUDICATING RESPONDENTS
IN CIVIL CONTEMPT
Civil No. 3:11-CV-05684

2948 Jackson Federal Building
915 Second Avenue
Seattle, Washington
(206) 220-6301

(4) file affidavits of compliance with the Court, with copies served simultaneously on the Petitioner, within five (5) days, stating with specificity how Respondents have complied with this Order, including how and to whom copies of the Notice and this Order have been provided; and

(5) comply with any further relief of a remedial nature that this Court deems necessary to coerce future compliance.

**IT IS FURTHER ORDERED** that to ensure future compliance with this Order, the September 1, 2011 TRO, the September 8, 2011 preliminary injunction, and any subsequent injunction, the Court hereby imposes suspended compliance fines against Respondents, their officers, members, agents, representatives, servants, employees, and attorneys, and all persons acting in concert or participation with them, in the amounts set forth in detail below.

(1) $25,000 for any future violation by any of Respondents of the Court's Preliminary Injunction and/or any other order of this Court;

(2) $5,000 by individual officers of any of Respondents for any future violation of the Court's Preliminary Injunction and/or any other order of this Court; and

(3) $2,500 per person for any individual acting in violation of the Court's Preliminary Injunction and/or any other order of this Court.

**IT IS FURTHER ORDERED** that, upon the failure of Respondents, any of their officers, members, agents, representatives, servants, employees, and attorneys, and all persons acting in concert or participation with them, to comply with any of the terms of this Amended Order Adjudicating Respondents in Civil Contempt, or of any further breach of this Court's September 8, 2011 preliminary injunction or any other order of this Court, the Court will, upon motion by

(PROPOSED) AMENDED ORDER - Page 4
ADJUDICATING RESPONDENTS
IN CIVIL CONTEMPT
Civil No. 3:11-CV-05684

2948 Jackson Federal Building
915 Second Avenue
Seattle, Washington
(206) 220-6301

1  Petitioner, rescind the suspension and impose the stated fines upon Respondents, their officers,
2  members, agents, representatives, servants, employees, and attorneys, and all persons acting in
3  concert or participation with them.

4  **IT IS SO ORDERED.**

5

6  DATED at Tacoma, Washington this ___30th___ day of ___September___ 2011.

7

8
9  _____
10 UNITED STATES DISTRICT JUDGE
11
12
13 Presented by:
14
15 /s/ Anne Pomerantz
16 /s/ Daniel Sanders
17 /s/ John Fawley
18 /s/ Helena Fiorianti
19 Anne Pomerantz, CA Bar 204059; NY Bar 2398428
20 Daniel Sanders, WA Bar 3679
21 John Fawley, MA Bar 160410
22 Helena Fiorianti, NJ Bar 2006-00127; NY Bar 4442786
23 National Labor Relations Board
24 915 2nd Ave, Suite 2948
25 Seattle, WA 98174
26 Telephone (206) 220-6301
27 Fax: (206) 220-6305
28 Email: Anne.Pomerantz@nlrb.gov
29         Daniel.Sanders@nlrb.gov
30         John.Fawley@nlrb.gov
31         Helena.Fiorianti@nlrb.gov
32 Counsel for Petitioner
33

(PROPOSED) AMENDED ORDER - Page 5
ADJUDICATING RESPONDENTS
IN CIVIL CONTEMPT
Civil No. 3:11-CV-05684

2948 Jackson Federal Building
915 Second Avenue
Seattle, Washington
(206) 220-6301