THE HONORABLE RONALD B. LEIGHTON

11-CV-05684-JGM



FILED ___ LODGED
RECEIVED

OCT 20 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD L. AHEARN, Regional Director of the Nineteenth Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD<br><br>Petitioner<br><br>v.<br><br>INTERNATIONAL LONGSHORE and WAREHOUSE UNION, LOCAL 21<br>Respondent<br><br>and<br><br>INTERNATIONAL LONGSHORE and WAREHOUSE UNION, LOCAL 4<br>Respondent | Civil No. 3:11-CV-05684 – RBL<br><br>(PROPOSED) JUDGMENT DIRECTING RESPONDENTS TO PAY THE PRIOR AWARD OF $250,000 COMPENSATORY DAMAGES TO THE ENTITIES NOTED IN THEIR APPORTIONED PRO-RATA AMOUNTS |

ANNE P. POMERANTZ, Regional Attorney, Region 19
DANIEL SANDERS, Attorney, Region 19
JOHN FAWLEY, Attorney, Region 19
HELENA FIORIANTI, Attorney, Sub-Region 36

NATIONAL LABOR RELATIONS BOARD, Region 19
915 Second Avenue, Room 2948
Seattle, Washington 98174, Telephone: (206) 220-6301

(Proposed) Judgment Allocating - Page 1
Award of Compensatory Damages
Civil No. 3:11-CV-05684 – RBL

2948 Jackson Federal Building
915 Second Avenue
Seattle, Washington
(206) 220-6301

### (PROPOSED) JUDGMENT DIRECTING RESPONDENTS TO PAY THE PRIOR AWARD OF $250,000 COMPENSATORY DAMAGES TO THE ENTITIES NOTED IN THEIR APPORTIONED PRO-RATA AMOUNTS

After hearing testimony and argument on September 15, 2011, establishing by clear and convincing evidence the allegations of civil contempt of the Temporary Restraining Order ("TRO") that issued on September 1, 2011, this Court found Respondent International Longshore and Warehouse Union, Local 21 ("Local 21"), Respondent International Longshore and Warehouse Union, Local 4 ("Local 4"), and their International, the International Longshore and Warehouse Union (collectively, "Respondents"), in civil contempt of the TRO. An Order issued that same date setting forth that the remedy and other consequences of the finding of contempt would be addressed by the Court at hearing on September 30, 2011.

Petitioner Richard L. Ahearn ("Petitioner"), Regional Director of Region 19 of the National Labor Relations Board (the "Board"), filed with this Court his Proposed Findings Regarding Compensatory Damages, Fees, and Fine Schedule in anticipation of that hearing. In that document, Petitioner sought a total of $292,697.65 in compensatory damages on behalf of the various entities harmed by Respondents' contumatious conduct: the Board; the BNSF Railroad; EGT; the Longview Police Department; the Kelso Police Department; the Cowlitz County Sheriff's Office; and the Washington State Patrol.

Upon a good cause shown at the hearing on September 30, 2011, based upon the entire record, the lack of assurances provided by Respondents that they would heed the Court's directives, the severity of the conduct in contempt of this Court's Order and the extensive damages caused by that contumacious conduct, this Court issued both an

(Proposed) Judgment Allocating - Page 2
Award of Compensatory Damages
Civil No. 3:11-CV-05684 – RBL

2948 Jackson Federal Building
915 Second Avenue
Seattle, Washington
(206) 220-6301

1 Amended Order Adjudicating Respondents in Civil Contempt, in which it established a
2 prospective fine schedule, and Findings of Fact and Conclusions of Law regarding the
3 September 15, 2011 finding of contempt. This Court also issued an Order Awarding
4 Compensatory Damages for Civil Contempt of Court on September 30, 2011, in which it
5 directed that Respondents pay a civil contempt compensatory award of $250,000 to be
6 apportioned and paid on a pro-rata basis among the entities on whose behalf the
7 Petitioner sought recompense. Accordingly, the Court directed that Petitioner prepare a
8 Judgment reflecting that decision.

9 IT IS HEREBY ORDERED AND ADJUDGED that Respondents shall be jointly
10 and severally liable for payment within seven (7) days of this Order the pro-rata
11 compensatory damages to the following entities in the amounts set forth opposite their
12 names:

|  | Proposed Compensatory Damages | Pro-rata Compensatory Damages |
|---|---|---|
| **Board** | $ 66,267.99 | $ 56,601.06 |
| **BNSF** | $ 13,100.00 | $ 11,189.02 |
| **EGT** | $ 137,114.45 | $ 117,112.70 |
| **Longview Police Dept.** | $ 19,932.30 | $ 17,024.65 |
| **Kelso Police Dept.** | $ 3,538.58 | $ 3,022.39 |
| **Cowlitz County Sheriff's Office** | $ 40,416.56 | $ 34,520.74 |
| **Washington State Patrol** | $ 12,327.77 | $ 10,529.44 |
| **TOTAL:** | $ 292,697.65 | $ 250,000.00 |

13

14

(Proposed) Judgment Allocating - Page 3
Award of Compensatory Damages
Civil No. 3:11-CV-05684 – RBL

2948 Jackson Federal Building
915 Second Avenue
Seattle, Washington
(206) 220-6301

IT IS SO ORDERED.

DATED at Tacoma, Washington this __18__ day of __October__, 2011.


_[signature]_
UNITED STATES DISTRICT JUDGE


Presented by:
/s/ Anne Pomerantz
/s/ Daniel Sanders
/s/ John Fawley
/s/ Helena Fiorianti
Anne Pomerantz, CA Bar 204059; NY Bar 2398428
Daniel Sanders, WA Bar 3679
John Fawley, MA Bar 160410
Helena Fiorianti, NJ Bar 2006-00127; NY Bar 4442786
National Labor Relations Board
915 2nd Ave, Suite 2948
Seattle, WA 98174
Telephone (206) 220-6301
Fax: (206) 220-6305
Email: Anne.Pomerantz@nlrb.gov
       Daniel.Sanders@nlrb.gov
       John.Fawley@nlrb.gov
       Helena.Fiorianti@nlrb.gov
Counsel for Petitioner

(Proposed) Judgment Allocating - Page 4
 Award of Compensatory Damages
Civil No. 3:11-CV-05684 – RBL

2948 Jackson Federal Building
915 Second Avenue
Seattle, Washington
(206) 220-6301