THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD L. AHEARN, Regional Director of the
Nineteenth Region of the National Labor
Relations Board, for and on behalf of the
NATIONAL LABOR RELATIONS BOARD ) Civil No. 3:11-CV-05684

Petitioner

v. ) FINDINGS
) REGARDING COMPENSATORY
) DAMAGES, FEES, AND A FINE
) SCHEDULE (Amended)

INTERNATIONAL LONGSHORE and WAREHOUSE
UNION, LOCAL 21

Respondent

and

DAN COFFMAN, An Individual

BRYAN JACOBS, An Individual

MICHAEL KELLY MULLER, An Individual

ANNE P. POMERANTZ, Regional Attorney, Region 19
DANIEL SANDERS, Attorney, Region 19
JOHN FAWLEY, Attorney, Region 19
HELENA FIORIANTI, Attorney, Sub-Region 36

NATIONAL LABOR RELATIONS BOARD, Region 19
915 Second Avenue, Room 2948
Seattle, Washington 98174, Telephone: (206) 220-6301

(Proposed) Findings Regarding - Page 1  2948 Jackson Federal Building
Compensatory Damages  915 Second Avenue
Civil No. 3:11-CV-05684  Seattle, Washington
  (206) 220-6301

## (PROPOSED) FINDINGS REGARDING COMPENSATORY DAMAGES, FEES, AND A FINE SCHEDULE

Petitioner submits the following as Proposed Findings Regarding Compensatory Damages and Fees incurred with respect to the September 21, 2011 conduct engaged in by Respondent ILWU Local 21, Dan Coffman, Bryan Jacobs, Michael Kelly Muller ("Respondents"), and their agents and supporters in violation of the Court's September 8, 2011, Preliminary Injunction. These damages are submitted as requested by the Court with respect to its October 14, 2011 Order Adjudging Respondents in Civil Contempt. Petitioner submits the Proposed Findings Regarding Compensatory Damages and Fees on behalf of the National Labor Relations Board, EGT, Inc., and law enforcement personnel who were called upon to deal with Respondents' contumacious conduct.

1. The attached Exhibit 1 is the Statement of the National Labor Relations Board ("Board") Regarding Attorneys' Fees and Costs, with attachments, setting forth the compensatory damages requested by the Board. The total amount requested by the Board is $ 30,067.96.[1]

2. The attached Exhibit 2 is the summary of EGT damages, with supporting attachments, setting forth the compensatory damages requested by EGT, Inc. The total amount requested by EGT, Inc., is $ 13,807.19

---

[1] The Board may incur additional costs in the form of attorney fees' during the period between October 21, when the damage estimates are due to the Court, and the October 28 due date for Respondents. Counsel for Respondent intimated during oral argument that the actual October 14, 2011 hearing may have been unnecessary, resulting in increased costs as Respondents offered to stipulate to the factual events of sitting on the tracks. However, the offer to stipulate was not as straightforward as Respondents portrayed. Counsel proposed only a stipulation limited to Dan Coffman, while excluding the other two additional individuals named as Respondents. *See* Exhibit 1H attached. to this document. This offer was not acceptable to Petitioner's counsel and no agreement could be reached, resulting in the instant hearing.

(Proposed) Findings Regarding - Page 2　　　　2948 Jackson Federal Building
Compensatory Damages　　　　　　　　　　　915 Second Avenue
Civil No. 3:11-CV-05684　　　　　　　　　　　Seattle, Washington
　　　　　　　　　　　　　　　　　　　　　　(206) 220-6301

3. The attached Exhibits 3(a) through 3(d) are the costs of the various law enforcement agencies required to deal with Respondent's contumacious conduct and restore the peace.

Exhibit 3(a), with attachments, sets forth the compensatory damages sought by the Cowlitz County Sheriff's Office. The total amount requested by the Cowlitz County Sheriff's Office is **$ 7,917.57**.

Exhibit 3(b) sets forth the compensatory damages sought by the Thurston County Sheriff's Office. The total amount requested by the Thurston County Sheriff's Office is **$ 9,973.74**.

Exhibit 3(c), with attachments, sets forth the compensatory damages sought by the Lewis County Sheriff's Office. The total amount requested by the Lewis County Sheriff's Office is **$ 2,512.48**.

Exhibit 3(d) sets forth the compensatory damages sought by the Longview Police Department. The total amount requested by the Longview Police Department is **$ 7,681.44**.

4. The total compensatory damages sought are: **$ 71,960.38**

5. <span style="color:red;text-decoration:underline">Damages are awarded in the amount of $64,764.38. (RBL)</span>

## REITERATED FINE SCHEDULE

As set forth in the Court's Amended Order dated September 30, 2011, Petitioner requests that the Court reiterate in its fine schedule imposed and already in place:

(Proposed) Findings Regarding - Page 3
Compensatory Damages
Civil No. 3:11-CV-05684

2948 Jackson Federal Building
915 Second Avenue
Seattle, Washington
(206) 220-6301

1. $ 25,000 for any future violation of the Court's Order Adjudging Respondents in Civil Contempt, and/or Preliminary Injunction by Respondent Locals 21 and 4 as well as the ILWU International;

2. $ 5,000 by Individual officers of Respondent Locals 21 and 4 as well as the ILWU International for any future violation of the Court's Order Adjudging Respondents in Civil Contempt, and/or Preliminary Injunction; and

3. $ 2,500 per person for individuals acting in violation of the Court's Order Adjudging Respondents in Civil Contempt, and/or Preliminary Injunction.

**Dated** at Tacoma, Washington the 31st day of October, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Anne Pomerantz
/s/ Daniel Sanders
/s/ John Fawley
/s/ Helena Fiorianti
Anne Pomerantz, Attorney, CA Bar 204059; NY Bar 2398428
Daniel Sanders, Attorney, WA Bar 3679
John Fawley, Attorney, MA Bar 160410
Helena Fiorianti, Attorney, NJ Bar 2006-00127; NY Bar 4442786
National Labor Relations Board
915 2nd Ave, Suite 2948
Seattle, WA 98174
Telephone (206) 220-6301
Fax: (206) 220-6305

(Proposed) Findings Regarding - Page 4
Compensatory Damages
Civil No. 3:11-CV-05684

2948 Jackson Federal Building
915 Second Avenue
Seattle, Washington
(206) 220-6301

| | |
|---|---|
| 1 | Email: Anne.Pomerantz@nlrb.gov |
| 2 | Daniel.Sanders@nlrb.gov |
| 3 | John.Fawley@nlrb.gov |
| 4 | Helena.Fiorianti@nlrb.gov |
| 5 | Counsel for Petitioner |

(Proposed) Findings Regarding - Page 5  
Compensatory Damages  
Civil No. 3:11-CV-05684

2948 Jackson Federal Building  
915 Second Avenue  
Seattle, Washington  
(206) 220-6301